IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AMERICAN CREDIT ACCEPTANCE, LLC,**<br><br>         Plaintiff,<br><br>v.<br><br>**DRIVE ACCEPTANCE CORPORATION, GEORGIA CAR CREDIT, INC., JERRY LEE FRAZIER JR., and JLF HOLDINGS, INC.,**<br><br>         Defendants. | Civil Action 7:13-CV-80 (HL) |

**ORDER**

Counsel for Plaintiff is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than September 13, 2013. Failure to file a timely response to this Order will result in the dismissal of Plaintiff's complaint without prejudice.

**SO ORDERED**, this the 3rd day of September, 2013.

                    *s/ Hugh Lawson*
                    **HUGH LAWSON, SENIOR JUDGE**

mbh